Alexander D. Terepka (SBN 288243)
aterepka@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant Charter Communications, Inc. and Spectrum Management Holding Company, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JOHNSON, individually, and on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation; SPECTRUM MANAGEMENT HOLDING COMPANY, LLC; and DOES 1 through 10, inclusive, and each of them<br><br>Defendants. | Case No.  4:21-cv-06135-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; STIPULATION REQUEST TO SET THE BRIEFING SCHEDULE AND HEARING DATE**<br><br>First Amended Complaint: September 19, 2021<br><br>Current Response Date: October 16, 2021<br>New Response Date: November 12, 2021<br><br>Honorable Judge Haywood S. Gilliam |

# RECITALS

1. On July 9, 2021, Plaintiff Loretta Johnson ("Plaintiff") brought this action against Defendants Charter Communications, Inc. and Spectrum Management Holding Company, LLC (collectively, "Defendants") in the Superior Court for Alameda County.

2. On August 10, 2021, Defendants removed the case from the Superior Court of Alameda County to this Court.

3. On August 16, 2021, the Parties stipulated to extend Defendants' deadline to respond to the Complaint through and including October 16, 2021.  *See* Dkt. 6.

4. On September 19, 2021, Plaintiff filed a First Amended Complaint, adding a new Plaintiff, Charlotte Guss, and adding additional claims pursuant to the Telephone Consumer Protection Act and California Invasion of Privacy Act.

5. Defendants are still investigating both Plaintiff Johnson and Plaintiff Guss's respective claims.

6. Defendants' deadline to respond to the FAC is October 16, 2021.  *See* Fed. R. Civ. P. 15(a)(3) and Dkt. 6.

7. The Parties hereby stipulate under Civil Local Rules 6-1 and 6-2 to a filing and briefing schedule for Defendants' response to the FAC as set forth below;

8. The Parties agree they would each benefit from a lengthened briefing schedule and that this additional time would allow for a more thorough briefing of the issues and to accommodate schedules for the intervening holidays;

9. On August 16, 2021, the Parties stipulated to extend Defendants' deadline to respond to the original complaint through and including October 16, 2021, but no time modifications in the case schedule have been made since Plaintiff filed the FAC.  *See* Dkt. 6.

10. The time modification would not impact the schedule for the case.

# STIPULATION

The Parties hereby stipulate and agree to extend the following deadlines:

1. November 12, 2021: Defendants' deadline to answer or otherwise respond to the FAC (*see* Local Rule 6-1);

2. December 20, 2021: Plaintiffs' opposition to any motion to dismiss and/or other filed motions due;

3. January 14, 2021: Defendants' reply(ies) due;

4. FURTHER, the Parties hereby stipulate and request that the hearing for Defendants' anticipated motion(s) be scheduled for the same day.

DATED: October 12, 2021

| PARISI AND HAVENS LLP | KABAT CHAPMAN & OZMER LLP |
|---|---|
| By: */s/ David C. Parisi*<br>    David C. Parisi | By: */s/ Alexander Terepka*<br>    Alexander Terepka |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

# **ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), Defendants, as the filing parties, hereby attest that signatory David C. Parisi, on behalf of Plaintiff, concurs in this Stipulation's content and the filing of this Stipulation.

*/s/ Alexander Terepka*
Alexander Terepka

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____10/12/2021_____    _Haywood S. Gilliam Jr._
Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge