UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loretta Johnson , <br><br>Plaintiff<< (s) >>, <br><br>v. <br><br>Charter Communications, Inc., et al. , <br><br>Defendant<< (s) >>. | Case No. 4:21-cv-06135-HSG <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br>(CIVIL LOCAL RULE 11-3) |

I, Andrew M. Swindle, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Charter and Spectrum in the above-entitled action. My local co-counsel in this case is Kristapor Vartanian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 275378.

| | |
|---|---|
| 171 17th Street, NW, Suite 1550<br>Atlanta, GA 30363<br>MY ADDRESS OF RECORD | 333 S. Grand Ave., Suite 2225<br>Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (404) 400-7300<br>MY TELEPHONE # OF RECORD | (213) 493-3980<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aswindle@kcozlaw.com<br>MY EMAIL ADDRESS OF RECORD | kvartanian@kcolaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 522156.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/9/2021

Andrew M. Swindle
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew M. Swindle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/10/2021

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**   }
                               } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW M. SWINDLE, State Bar No. 522156,** was duly admitted to practice in said Court on 11/12/2019 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of October, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
GENESIS SCOTT
Deputy Clerk

