UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC, et al., <br><br> Defendants. | Case No. 21-cv-06135-HSG <br><br> **ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** <br><br> Re: Dkt. No. 32 |

The parties filed a stipulation to further extend Defendants' deadline to answer or otherwise respond to the first amended complaint ("FAC"). Dkt. No. 32. Having considered the parties' stipulation and accompanying declaration, the Court **GRANTS** the stipulation and **SETS** the following schedule:

| Event | Deadline |
|---|---|
| Defendants' Answer or Other Response to FAC | November 19, 2021 |
| Plaintiffs' Opposition to Any Motions Responding to FAC | January 7, 2022 |
| Defendants' Reply | January 21, 2022 |
| Motion Hearing | February 3, 2022, at 2:00 p.m. |

//
//
//
//
//

The Court further **CONTINUES** the case management conference from November 23, 2021, to February 3, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 11/12/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2