UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC, et al.,<br><br>    Defendants. | Case No. 21-cv-06135-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 46 |

Pursuant to Local Rule 72-1, Plaintiffs' Letter Brief regarding Defendants' Privilege Claim, Dkt. No. 46, and all discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 2/22/2022

_Haywood S. Gilliam Jr._
Haywood S. Gilliam, Jr.
United States District Judge