UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORETTA JOHNSON, et al.,

        Plaintiffs,

   v.

CHARTER COMMUNICATIONS, INC, et al.,

        Defendants.

Case No. 21-cv-06135-HSG

**ORDER**

On June 2, 2022, the Court granted Defendants' motion to compel Plaintiff Loretta Johnson's claims to arbitration and stayed this putative class action pending resolution of arbitration. Dkt. No. 58 at 7. The Court's order also denied as moot Defendants' motion to dismiss for lack of personal jurisdiction. *Id.* However, Defendants' motion did not seek to compel arbitration as to the other named plaintiff in this suit, Charlotte Guss. *See* Dkt. No. 35. Accordingly, the Court clarifies that its June 2, 2022 Order compelling arbitration applies only to Johnson's claims, and not Guss's. The Court further lifts the stay in this case as it applies to Guss's claims and reinstates Defendants' motion to dismiss for lack of personal jurisdiction (Dkt. No. 36) as it relates to Guss. The Court rescinds its order directing the Clerk to administratively close the case.

    **IT IS SO ORDERED.**

Dated: 6/22/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge