Alexander D. Terepka (SBN 288243)
aterepka@kcozlaw.com
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

Kristapor Vartanian (SBN 275378)
kvartanian@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Ave, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Attorneys for Defendants Charter Communications, Inc. and Spectrum Management Holding Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA JOHNSON and CHARLOTTE GUSS, individually, and on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation; SPECTRUM MANAGEMENT HOLDING COMPANY, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:21-cv-06135-HSG<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL ANDREW M. SWINDLE** |

1  **NOTICE IS HEREBY GIVEN** that Andrew M. Swindle is no longer affiliated with Kabat Chapman & Ozmer LLP, and his appearance is hereby withdrawn as counsel for Defendants Charter Communications, Inc. and Spectrum Management Holding Company, LLC in the above-captioned matter. He may be removed from any applicable service lists. All remaining Kabat Chapman & Ozmer LLP attorneys who have appeared in this matter remain counsel of record and should continue to receive notices.

DATED: July 13, 2022            KABAT CHAPMAN & OZMER LLP

By: /s/ *Alexander D. Terepka*
Alexander D. Terepka

*Attorney for Defendants Charter Communications, Inc. and Spectrum Management Holding Company, LLC*

# **PROOF OF SERVICE**

## **U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Ave., Suite 2225, Los Angeles, CA 90071.

On July 13, 2022, I served the foregoing document(s) described **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL ANDREW M. SWINDLE** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, CA. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July 13, 2022, at Los Angeles, California.

                                          */s/ Alexander D. Terepka*
                                          Alexander D. Terepka

**SERVICE LIST**

Yitzchak H. Lieberman
Grace E. Parasmo
PARAMO LIEBERMAN LAW
7119 W. Sunset Blvd # 808
Los Angeles, CA 90046
Tel: (917) 657-6857
Fax (917) 501-3346
Email: ylieberman@parasmoliebermanlaw.com
          gparasmo@parasmobliebermanlaw.com

David C. Parisi
Suzanne Havens Beckman
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (818) 990-1299
Fax: (818) 501-7852
Email: dcparisi@parisihavens.com
          shavens@parisihavens.com

*Attorneys for Plaintiffs*
*Loretta Johnson and Charlotte Guss*